| UNITED STATES OF AMERICA | CASE NO. CR 2:14CR00238 |
|---|---|
| Plaintiff, | |
| V. | Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report |
| VICTOR ALVAREZ-CONTRERAS | |
| Defendant. | |

COUNSEL AND PROBATION SHALL COMPLY WITH THIS SCHEDULE UNLESS THE DATES ARE AMENDED.

| | | |
|---|---|---|
| Date of Referral to Probation Officer: | 6/23/17 | (Date of Plea or Verdict) |
| Judgment and Sentencing Date: | 9/8/17 | (At least 11 weeks after plea) |
| Reply or Statement of No Opposition: | 9/1/17 | (1 week before sentencing) |
| Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 8/25/17 | (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | 8/18/17 | (3 weeks before sentencing) |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 8/11/17 | (4 weeks before sentencing) |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | 7/28/17 | (6 weeks before sentencing) |

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

(x) AUSA
(x) Defense Counsel
(x) USPO

Dated:   6/23/17                                      By: /s/ Shani Furstenau
                                                                Shani Furstenau